IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| CHONG CHEN, | : | |
|     Plaintiff, | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| SHAN QIAO ZHANG, et al., | : | No. 10-6255 |
|     Defendants. | : | |

## ORDER

**AND NOW**, this **10th** day of **February**, **2011**, upon consideration of Defendant Erie Insurance Company's Motion to Dismiss, Plaintiff's Response thereto, and for the reasons stated in the Court's Memorandum dated February 10, 2011, it is hereby **ORDERED** that:

1. Erie Insurance Company's motion (Document No. 8) is **GRANTED**.

    a. Count III of Plaintiff's Complaint is **DISMISSED**.

    b. Erie Insurance Company is **DISMISSED** from this case.

2. Allstate Insurance Company is **DISMISSED** from this case as improperly joined under Federal Rule of Civil Procedure 20.

    a. Count II of Plaintiff's Complaint is **DISMISSED without prejudice.**

    b. Allstate's Insurance Company's cross-claims against Shan Qiao Zhang and Erie Insurance Company are **DISMISSED without prejudice.**

BY THE COURT:

_____
**Berle M. Schiller, J.**